UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS S. WENNER,<br><br>　　　　　　　Defendant. | 6:20-PO-5038-KLD<br>Ticket Number: F5362276<br>Location Code: M8<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　The Defendant, Douglas S. Wenner, was present in court and entered a plea of guilty to the charge of: POSSESSION OF MARIJUANA.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　1.　Defendant must pay a fine in the amount of $50.00 plus $40.00 in fees for POSSESSION OF MARIJUANA for a total of $90.00,  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid as follows: $30.00 payments each month starting October 1, 2021.

　　　　Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14)

days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 3, 2020.

 9/14/2021
_____                               _____
Date Signed                                       KATHLEEN L. DESOTO
                                                  United States Magistrate Judge